IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARVEY MIGUEL ROBINSON, JR. | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | NO.  08-3156 |
| v. | : | |
| | : | |
| JEFFREY A. BEARD, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 22nd day of July, 2009 upon consideration of Defendant Felipe Arias, M.D.'s Motion to Dismiss the Complaint of Harvey Miguel Robinson, Jr. (Doc. No. 15), and Plaintiff's Response (Doc. No. 24) and Defendant Jeffrey A. Beard's Motion to Dismiss the Complaint of Harvey Miguel Robinson (Doc. No. 16), and Plaintiff's Response (Doc. No. 26), it is hereby **ORDERED** that:

1. Defendant Arias' Motion to Dismiss is **GRANTED** with prejudice.

2. Defendant Beard's Motion to Dismiss is **GRANTED** with prejudice.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.